# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LAURA LOWRY,           )<br>      **Plaintiff,**  )<br>v.                              )<br>                                 )<br>MEGA TRUCKING, LLC.,   )<br>a corporation; and PRIME )<br>PROPERTY CASUALTY    )<br>INSURANCE, INC, a corporation; )<br>and MARCUS HACKNEY,   )<br>an individual                  )<br>      **Defendants.**)<br>                                  ) | CIVIL ACTION FILE NO.<br>4:21-cv-00052-WTM-CLR |

## AMENDED NOTICE OF REMOVAL

COMES NOW Defendants Mega Trucking, LLC, Prime Casualty Insurance, Inc., and Marcus Hankey, ("these Defendants") pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and file this Amended Notice of Removal from the State Court of Chatham County, in response to this Court's February 25th, 2021 order, as follows:

1. Plaintiff filed this action against these Defendants in the Superior Court of Chatham County on October 20, 2020, where it was assigned civil action number STCV20-02013.

2. This Amended Notice of Removal is being made in response to this Court's February 25th, 2021 order. Therefore, this Notice of Removal is timely filed.

3. Plaintiff is an individual who is a citizen and resident of the State of Georgia (Compl ¶1). As such, Plaintiff is a citizen of Georgia for purposes of federal court jurisdiction.

4. Marcus Hackney is an individual who is a resident of Florida. As such, Marcus Hackney is a citizen of Florida for purposes of federal court jurisdiction.

5. Erick Rodriguez is an individual who is a resident of Florida. His address is 3355 W 68 St, Unit 188, Hialeah, Florida 33018. He is the founder and Chief Operating Officer of defendant Mega Trucking, LLC.

6. Bryn Wells is an individual who is a resident of Florida. His address is 19366 SW 14th Street, Pembroke Pines, Florida 33029. He is the Chief Executive Officer of defendant Mega Trucking, LLC.

7. Angel Canalejo is an individual who is a resident of Florida. His address is 1591 SW 54 Avenue, Plantation, Florida 33317. He is the President of defendant Mega Trucking, LLC.

8. Mega Trucking, LLC., is incorporated under the laws of Florida with its principal place of business in Florida, with all its members being residents of Florida. As such, Mega Trucking Inc., is a citizen of Florida for purposes of diversity jurisdiction in federal court.

9. Prime Property Casualty Insurance, Inc, is incorporated under the laws of Illinois with its principal place of business in Utah. As such, Prime Property Casualty Insurance, Inc., is a citizen of Utah for purposes of diversity jurisdiction.

10. Complete diversity of citizenship exists between the parties.

11. The amount in controversy exceeds $75,000, exclusive of interests and costs. This cause of action arises out of a motor vehicle accident between the plaintiff and Defendant Hackney. "When the complaint does not claim a specific amount of damages, removal from state court is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement." *Fernandez v. Integon Nat'l Ins. Co.,* 2018 U.S. Dist. Lexis 228116 (2018). In her complaint, plaintiff alleges she was injured in and about her body and extremities, which she alleges resulted in pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation and/or activation of pre-existing condition or physical defects, and loss of capacity for the enjoyment of life, all of which are continuing and are permanent in nature, past and future medical and related expenses, loss of earnings and/or loss of ability to earn monies in the past and permanent impairment of her future ability to earn income. ("Compl. ¶ 15). As a result of the foregoing, this Court has jurisdiction pursuant to 28 U.S.C. § 1332 upon removal pursuant to 28 U.S.C. §§ 1441 and 1446.

12. Defendant has filed a Notice of Filing of this Notice of Removal with the Clerk of the State Court of Chatham County, Georgia, with service on Plaintiff's counsel.

WHEREFORE, this Court now has jurisdiction over this action.

Respectfully submitted this 11th day of March, 2021.

          **FREEMAN MATHIS & GARY, LLP**

          */s/ Wayne S. Melnick*
          Wayne S. Melnick
          Georgia Bar No. 501267
          wmelnick@fmglaw.com
          Aaron P. Miller
          Georgia Bar No. 898190
          Amiller@fmglaw.com
          *Attorney for Defendants*

100 Galleria Parkway - Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **AMENDED NOTICE OF REMOVAL** to the clerk of court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.  Counsel of record are:

>Matthew Grossman
>Farah & Farah, P.A.
>10 West Adams Street
>Jacksonville, FL 32202

This 11th day of March, 2021.

**FREEMAN MATHIS & GARY, LLP**

/s/ *Wayne S. Melnick*
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com
Aaron P. Miller
Georgia Bar No. 898190
Amiller@fmglaw.com

*Attorney for Defendants*

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)