IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LAURA LOWRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV421-052 |
| | ) |
| MEGA TRUCKING, LLC, A Corporation; PRIME PROPERTY CASUALTY INSURANCE, INC., A Corporation; and MARCUS HACKNEY, Individual; | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the parties' Second Consent Stipulation of Dismissal with Prejudice. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 24th day of January 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties' First Consent Stipulation of Dismissal with Prejudice (Doc. 25) is therefore **DISMISSED AS MOOT.**